APPROVAL NOT REQUIRED OF REAFFIRMATION AGREEMENT FOR CONSUMER DEBT SECURED BY REAL PROPERTY EVEN IN CASES IN WHICH THE INDIVIDUAL IS NOT REPRESENTED BY AN ATTORNEY.

Date signed December 18, 2008



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:  08–22695 – NVA   Chapter:  7**

| | |
|---|---|
| Fred Wayne Watkins<br>7406 Virginia Ave<br>Nottingham, MD 21236 | Joyce Lee Watkins<br>7406 Virginia Ave<br>Nottingham, MD 21236 |
| | Creditor – HSBC Mortgage Services |
| | Reaffirmation – 15 |

## STATEMENT OF REVIEW

   The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.


cc:   Debtor(s)
      Attorney for Debtor(s) – Thomas H. Bornhorst
      Chapter 7 Trustee – Lori S. Simpson
      Creditor – HSBC Mortgage Services


**34.4 –** *csofinowski*

## End of Order